# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Glenn Michael West | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 1:22-cv-00272-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Commissioner of Social Security | ) | |
| Defendant | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 7, 2023 Order.

November 7, 2023

_____

Katherine Hord Simon, Clerk
United States District Court